PROB 12C
(6/16)

Report Date: March 3, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Troy Edward Klein          Case Number: 0980 2:19CR00122-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice,  U.S. District Judge

Date of Original Sentence: February 20, 2020

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: October 31, 2022 |
| Defense Attorney: | Federal Public Defenders | Date Supervision Expires: October 30, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/28/2023.

On October 31, 2022, Mr. Klein's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 3, by failing to report for scheduled treatment sessions at Pioneer Human Services (PHS) on February 27, March 1, and 2, 2023. |
| | The probation officer received email correspondence from PHS indicating Mr. Klein failed to report to their facility for scheduled group treatment sessions on February 27, March 1, and 2, 2023. |

Prob12C
**Re: Klein, Troy Edward**
**March 3, 2023**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 3, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [X] Other : *All pending alleged violations will be addressed at the Revocation of Supervised Release Hearing set for 4/6/2023.*

Thomas O. Rice
United States District Judge

March 6, 2023
Date