PROB 12C
(6/16)

Report Date: November 29, 2023

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Troy Edward Klein                      Case Number: 0980 2:19CR00122-TOR-1

Address of Offender: ▇▇▇▇▇▇▇▇ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 20, 2020

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 1, 2023) | Prison - 90 days<br>TSR - 60 months | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: August 3, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: August 2, 2028 |

### PETITIONING THE COURT

To issue a summons.

On August 3, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by failing to submit to urinalysis testing at Pioneer Human Services (PHS) on October 17 and 31, 2023. He also failed to report to the U.S. Probation Office for urinalysis testing on October 20, and November 6, 2023. |

Prob12C
**Re: Klein, Troy Edward**
**November 29, 2023**
**Page 2**

> The probation officer received email correspondence from PHS indicating the offender failed to report to their facility for urinalysis testing on October 17 and 31, 2023.
>
> The offender also failed to report to the U.S. Probation Office for urinalysis testing, as instructed by the undersigned, on October 20, and November 6, 2023.

2    **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

> **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by failing to attend scheduled substance abuse treatment sessions at Pioneer Human Services (PHS) on October 20, November 14 and 17, 2023.
>
> The probation officer received email correspondence from PHS indicating the offender failed to report for scheduled treatment sessions on October 20, 2023, November 14 and 17, 2023.

3    **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

> **Supporting Evidence**: The offender is alleged to have violated standard condition number 7, by failing to notify the probation officer of a change in his employment status within 72 hours.
>
> On November 14, 2023, the probation officer questioned the offender regarding his employment status. At that time, he advised the undersigned that he quit his job at Franz Bakery on or about November 6, 2023. He failed to notify the probation officer within 72 hours of his change in employment status.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 29, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Klein, Troy Edward
November 29, 2023
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

November 29, 2023
Date